UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABBANELLI ACCORDIONS & IMPORTS, L.L.C, <br><br>  Plaintiff, <br><br> v. <br><br> ITALO-AMERICAN ACCORDION MANUFACTURING CO., CESAR MUSIC ENTERPRISE, INC., AL HAGEDORN INDIVIDUALLY AND D/B/A MISSION MUSIC, MASTER SOUND DI CIUCCIOMEI MAXIMILIANO & C. S.N.C., and DITTA GABBANELLI UBALDO DI ELIO GABBANELLI, <br><br> Defendants. | No. 02 C 4048 <br> Judge James B. Zagel |

## MODIFIED ORDER OF JUDGMENT ON DAMAGES AND ATTORNEY'S FEES

This matter having come before the Court on Plaintiff GABBANELLI ACCORDIONS & IMPORTS, L.L.C.'s ("Plaintiff") Motion to Modify Damages and Attorney's Fees Portion of the Court's Order of Judgment and Injunction in Accordance with the Opinion of the Court of Appeals for the Seventh Circuit ("Motion"), the Court having fully considered the merits of Plaintiff's Motion, and having given Defendants opportunity to respond, the Court finds that the Motion is hereby GRANTED as follows:

1. As a result of the violations set forth in the Court's Memorandum Opinion and Order (Doc. Item No. 186) and the Court's Order of Judgment and Injunction (Doc. Item No. 188) by Defendants Ditta Gabbanelli Ubaldo di Elio Gabbanelli and Master Sound di Ciucciomei Maximiliano & C. S.n.c. (collectively "Defendants"), and affirmed by the U.S. Court of Appeals for the Seventh Circuit

(Doc. Item No. 231), Defendants are jointly and severally liable to the Plaintiff in the amount of $151,200.00 as lost profit damages recoverable by Plaintiff. The Court deems this amount of damages as adequate and just according to the circumstances of this action as set forth in 15 U.S.C. § 1117.

2. Additionally, Defendants are jointly and severally liable to Plaintiff for its attorneys' fees in the amount of $147,576.12 as permitted by 15 U.S.C. § 1117 for the reasons set forth in the Court's Memorandum Opinion and Order (Doc. Item No. 186) and the Court's Order of Judgment and Injunction (Doc. Item No. 188), the amount and bases for which were not reversed by the U.S. Court of Appeals for the Seventh Circuit (Doc. Item No. 231).

ENTER:

James B. Zagel
United States District Judge

DATE: September 21, 2009